# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE MANUEL DELGADO-GAONA (1),

        Defendant.

Case No. 18CR2622-CAB

JUDGMENT OF DISMISSAL

FILED JUL 20 2018 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [x] of the offense(s) as charged in the Indictment/Information:

  Title 8, U.S.C., Sec. 1326(a) and (b) – Removed Alien Found in the United States (Felony)

Dated: 7/19/2018

Hon. Cathy Ann Bencivengo
United States District Judge